UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                       :
MILAGROS SENIOR, ON BEHALF OF                          :
HERSELF AND ALL OTHER PERSONS                          :
SIMILARLY SITUATED,                                    :
                                                       :     No.: 1:25-cv-5283
                        Plaintiffs,                    :
                                                       :     **NOTICE OF VOLUNTARY**
                 v.                                    :     **DISMISSAL**
                                                       :
TARTE, INC.,                                           :
                                                       :
                        Defendant.                     :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and

without fees and costs against Defendant, TARTE, INC.

Dated:    New York, New York
          Aug. 20, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge